GEORGE MORRISON, Respondent, *v.* NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, et al., Appellants.

Argued January 14, 1942; decided March 5, 1942.

*Nelson R. Pirnie* for appellants.
*John E. Mack* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.